IN THE UNITED STATES COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

AT LOUISVILLE

STEPHEN M. FORD,
    Plaintiff,

v.

YAMAHA MOTOR CORPORATION, et al
    Defendant.

Case No. MDL 2016
Master File No. 3:09-MD-2016-JBC

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW counsel of record for the Plaintiff, Gerald B Taylor, and moves to withdraw as counsel pursuant to WESTERN DISTRICT OF KENTUCKY Local Rule 83.6 (b) for the following reasons:

1. Plaintiff's counsel of record is J. Paul Sizemore and Gerald B Taylor.
2. Plaintiff's counsel J. Paul Sizemore wishes to continue representing Plaintiff.
3. Counsel has mailed a copy of this motion to Plaintiff's counsel J. Paul Sizemore at the Sizemore Law Firm, 2101 Rosecrans Avenue Suite 5290, El Sugundo, California, 90245, by U.S. Postal Service Certified Mail with Return Receipt requested.
4. Counsel has mailed a copy of this motion to Defendant's counsel Thomas Fennell, Jones Day, 2727 N. Harwood Street, Dallas, TX 75201, by U.S. Postal Service Certified Mail with Return Receipt requested.
5. Plaintiff or Defendant would not be harmed or given an unfair advantage by Counsel withdrawing.
6. Removal of Gerald B Taylor as counsel for Plaintiff would not burden the Court or impede judicial efficiency.
7. Plaintiff has been unreachable after numerous attempts since he has been working out of town, despite messages being left at his residence, (770) 583-2377, with family members and with other family members, (678) 633-0846, for him to contact counsel.
8. Counsel has served Plaintiff at 365 LeGrange Street, Grantville, Georgia, 30220 with a copy of this motion by U.S. Postal Service Certified Mail with Return Receipt requested.

                By: /s/ Gerald B Taylor
                Gerald B. Taylor (#202241)
                Email: jerry@sizemoretaylor.net
                316 Magnolia Avenue
                Fairhope, Alabama 36532
                (251) 990-4375
                (251) 990-4371 – Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

    Thomas Fennell
    Jones Day
    2727 N. Harwood Street
    Dallas, TX 75201.

    J. Paul Sizemore
    Sizemore Law Firm
    2101 Rosecrans Avenue, Suite 5290
    El Sugundo, California, 90245

I further certify that on April 1, 2011, I have sent the foregoing document by Certified U.S. Mail, return receipt requested, to the following non-CM/ECF participant, addressed as follows:

    Stephen M. Ford
    365 LeGrange Street
    Grantville, Georgia, 30220

    /s/ Gerald B Taylor
    Counsel